# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| SHARON H. CARROLL <br> *Plaintiff* <br> v. <br> HICKEL INVESTMENT COMPANY <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:19-cv-00001-TMB <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Case is REMANDED to the Superior Court of Alaska, Third Judicial District at Anchorage..

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Timothy M. Burgess  on a motion for  remand .

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
United States District Judge

Date: March 5, 2019

**Lesley K. Allen**
Lesley K. Allen
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.